UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-01260-STV

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| STARBUCKS CORPORATION, a Washington corporation; | : |
| | : |
| QDOBA RESTAURANT CORPORATION, a Colorado corporation; | : |
| | : |
| and | : |
| | : |
| BETTY L. SCHLAGEL, LLC, a Colorado limited liability company; | : |
| | : |
| Defendants. | : |
| _____/ | |

## STIPULATION OF DISMISSAL OF DEFENDANT STARBUCKS CORPORATION WITHOUT PREJUDICE

Plaintiff and Defendants by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendant STARBUCKS CORPORATION *without* prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff and Defendant Starbucks Corporation shall each bear their own costs and attorney's fees.

DATE:  July 16, 2019

                                Respectfully submitted,

                                *s/Robert J. Vincze*
                                Robert J. Vincze (CO # 28399)
                                Law Offices of Robert J. Vincze
                                PO Box 792, Andover, Kansas 67002
                                Phone: 303-204-8207
                                Email: vinczelaw@att.net
                                *Attorney for Plaintiff Fred Nekouee*

*s/Christopher D. Bryan*_____
Lance G. Eberhart
Christopher D. Bryan
Timothy M. Murphy
1001 Seventeenth Street, Suite 300
Denver, CO  80202
Telephone:  303.628.3300
Facsimile:   303.628.3368
Email:  eberhartl@hallevans.com
            bryanc@hallevans.com
            murphyt@hallevans.com

*Attorneys for Defendant Qdoba Restaurant Corporation*

 *s/ Michiko A. Brown*_____
Michiko A. Brown, #33072
Abigail S. Wallach, #49002
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone: 303.892.9400
Facsimile:  303.893.1379
Email:  miko.brown@dgslaw.com
            abbey.wallach@dgslaw.com

*Attorneys for Defendant Starbucks Corporation*

*s/Susan S. Sperber*_____
Susan S. Sperber
Lewis Roca Rothgerber Christie LLP
1200 Seventeenth Street, Suite 3000
Denver, CO  80202-5835
Telephone:  303.623.9000
Email:  ssperber@lrrc.com

*Attorneys for Defendant Betty L. Schlagel, LLC*