UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-01260-STV

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| STARBUCKS CORPORATION, a Washington corporation; | : |
| | : |
| QDOBA RESTAURANT CORPORATION, a Colorado corporation; | : |
| | : |
| and | : |
| | : |
| BETTY L. SCHLAGEL, LLC, a Colorado limited liability company; | : |
| | : |
| Defendants. | : |
| _____/ | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants QDOBA RESTAURANT CORPORATION and BETTY L. SCHLAGEL, LLC, by and through their respective counsel, hereby stipulate to the dismissal of this action against such Defendants with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Except as otherwise agreed, Plaintiff and such Defendants shall each bear their own costs and attorney's fees.

DATE:  September 11, 2019

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (CO # 28399)
Law Offices of Robert J. Vincze
PO Box 792, Andover, Kansas 67002
Phone: 303-204-8207

1

Email: vinczelaw@att.net
*Attorney for Plaintiff Fred Nekouee*

*s/Christopher D. Bryan*_____
Lance G. Eberhart
Christopher D. Bryan
Timothy M. Murphy
1001 Seventeenth Street, Suite 300
Denver, CO  80202
Telephone:  303.628.3300
Facsimile:   303.628.3368
Email:  eberhartl@hallevans.com
           bryanc@hallevans.com
           murphyt@hallevans.com

*Attorneys for Defendant Qdoba Restaurant Corporation*

*s/Susan S. Sperber*
Susan S. Sperber
Lewis Roca Rothgerber Christie LLP
1200 Seventeenth Street, Suite 3000
Denver, CO  80202-5835
Telephone:  303.623.9000
Email:  ssperber@lrrc.com

*Attorneys for Defendant Betty L. Schlagel, LLC*